# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Shueb A.A.,

        Petitioner,        **ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING CASE**

v.

Kristi Noem, et al.,

                              Civil File No. 26-01127 (MJD/DJF)

        Respondents.

Karen Venice Bryan, KB Law PLLC, Counsel for Petitioner.

David W. Fuller, Matthew Isihara, Assistant United States Attorneys, Counsel for Respondents.

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Dulce J. Foster dated February 17, 2026. [Doc. 9.] No objections have been filed to the Report and Recommendation. Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Foster.

      Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation

of United States Magistrate Judge Dulce J. Foster dated February 17, 2026.  **[Doc. 9.]**

1. Respondents Kristi Noem, Todd M. Lyons, and David Easterwood's Motion to Dismiss or Transfer **[Doc. 6]** is **GRANTED in part as detailed in the Report and Recommendation**; and

2. The Clerk of Court is directed to **transfer this case to the Western District of Oklahoma**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  February 23, 2026                    s/Michael J. Davis
                                              Michael J. Davis
                                              United States District Court